| SUMMONS IN A CIVIL ACTION | COURT OF COMMON PLEAS, CUYAHOGA COUNTY JUSTICE CENTER |
| --- | --- |
| | CLEVELAND, OHIO 44113 |

| CASE NO. | | SUMMONS NO. |
| --- | --- | --- |
| CV19914135 | D1 FX | 38382096 |

Rule 4 (B) Ohio

Rules of Civil Procedure

# SUMMONS

| | |
| --- | --- |
| AHMED HASSAN, ET AL. | **PLAINTIFF** |
| VS | |
| AMERICAN NATIONAL RED CROSS, ET AL. | **DEFENDANT** |

```
AMERICAN NATIONAL RED CROSS
C/O REAR ADMIRAL MICHAEL N. PARKS,
REGIONAL EXECUTIVE OF THE NORTHEAST
OHIO REGION
3747 EUCLID AVENUE
CLEVELAND OH 44115
```

You have been named defendant in a sums complaint (copy attached hereto) filed in Cuyahoga County Court of Common Pleas, Cuyahoga County Justice Center, Cleveland, Ohio 44113, by the plaintiff named herein.

Said answer is required to be served on: 

You are hereby summoned and required to answer the complaint within 28 days after service of this summons upon you, exclusive of the day of service.

Said answer is required to be served on Plaintiff's Attorney (Address denoted by arrow at left.)

**Plantiff's Attorney**

```
STEVEN M GOLDBERG
31300 SOLON RD

STE 12
SOLON, OH 44139-0000
```

Your answer must also be filed with the court within 3 days after service of said answer on plaintiff's attorney.

If you fail to do so, judgment by default will be rendered against you for the relief demanded in the complaint.

Case has been assigned to Judge:

```
NANCY A FUERST
Do not contact judge. Judge's name is given for
attorney's reference only.
```

**NAILAH K. BYRD**
Clerk of the Court of Common Pleas



By _____
Deputy

| DATE SENT |
| --- |
| Apr 18, 2019 |

COMPLAINT FILED   04/18/2019

CMSN130

EXHIBIT A

| SUMMONS IN A CIVIL ACTION | COURT OF COMMON PLEAS, CUYAHOGA COUNTY JUSTICE CENTER |
|---|---|
| | CLEVELAND, OHIO 44113 |

| CASE NO. | | SUMMONS NO. |
|---|---|---|
| CV19914135 | D2 FX | 38382097 |

Rule 4 (B) Ohio

Rules of Civil Procedure

# SUMMONS

| AHMED HASSAN, ET AL. | **PLAINTIFF** |
|---|---|
| VS | |
| AMERICAN NATIONAL RED CROSS, ET AL. | **DEFENDANT** |

```
AMERICAN NATIONAL RED CROSS
NATIONAL HEADQUARTERS
431 18TH STREET, N.W.
WASHINGTON DC 20006
```

You have been named defendant in a sums complaint (copy attached hereto) filed in Cuyahoga County Court of Common Pleas, Cuyahoga County Justice Center, Cleveland, Ohio 44113, by the plaintiff named herein.

You are hereby summoned and required to answer the complaint within 28 days after service of this summons upon you, exclusive of the day of service.

Said answer is required to be served on: 

Said answer is required to be served on Plaintiff's Attorney (Address denoted by arrow at left.)

Plantiff's Attorney

```
STEVEN M GOLDBERG
31300 SOLON RD

STE 12
SOLON, OH 44139-0000
```

Your answer must also be filed with the court within 3 days after service of said answer on plaintiff's attorney.

If you fail to do so, judgment by default will be rendered against you for the relief demanded in the complaint.

Case has been assigned to Judge:

```
NANCY A FUERST
Do not contact judge. Judge's name is given for
attorney's reference only.
```

**NAILAH K. BYRD**
Clerk of the Court of Common Pleas



By _____
Deputy

| DATE SENT |
|---|
| Apr 18, 2019 |

COMPLAINT FILED    04/18/2019

CMSN130

EXHIBIT A



**NAILAH K. BYRD**
**CUYAHOGA COUNTY CLERK OF COURTS**
1200 Ontario Street
Cleveland, Ohio 44113

## Court of Common Pleas

New Case Electronically Filed:
April 18, 2019 14:26

By: STEVEN M. GOLDBERG 0041344

Confirmation Nbr. 1685223

| | |
|---|---|
| AHMED HASSAN, ET AL. | CV 19 914135 |
| vs. | |
| AMERICAN NATIONAL RED CROSS, ET AL. | Judge: NANCY A. FUERST |

Pages Filed: 9

# EXHIBIT A

IN THE COURT OF COMMON PLEAS
CUYAHOGA COUNTY, OHIO

| | | |
|---|---|---|
| **AHMED HASSAN** <br> c/o Goldberg Legal Co., LPA <br> 31300 Solon Road – Suite 12 <br> Solon, Ohio 44139 <br><br> *and* <br><br> **INGI ELGAMILI** <br> c/o Goldberg Legal Co., LPA <br> 31300 Solon Road – Suite 12 <br> Solon, Ohio 44139 <br><br> *and* <br><br> **MOHAB HASSAN** <br> By and through her Parents and Legal Guardians, Ahmed Hassan & Ingi Elgamili <br> c/o Goldberg Legal Co., LPA <br> 31300 Solon Road – Suite 12 <br> Solon, Ohio 44139 <br><br> *and* <br><br> **ELMA HASSAN** <br> By and through her Parents and Legal Guardians, Ahmed Hassan & Ingi Elgamili <br> c/o Goldberg Legal Co., LPA <br> 31300 Solon Road – Suite 12 <br> Solon, Ohio 44139 <br><br>         Plaintiffs, <br><br> -vs- <br><br> **AMERICAN NATIONAL RED CROSS** <br> c/o Rear Admiral Michael N. Parks, <br> Regional Executive of the Northeast Ohio <br> Region | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | CASE NUMBER <br><br> JUDGE <br><br><br> **CIVIL COMPLAINT WITH JURY DEMAND ENDORSED HEREIN** <br><br> *PROFESSIONAL TORT* <br> **Medical Negligence** <br><br> **Motion for Extension of Time to File Affidavit of Merit Attached** |

Electronically Filed 04/18/2019 14:26 / / CV 19 914135 / Confirmation Nbr. 1685223 / CLSK1

**EXHIBIT A**

| | |
|---|---|
| 3747 Euclid Avenue | ) |
| Cleveland, Ohio 44115 | ) |
| | ) |
| *and* | ) |
| | ) |
| **AMERICAN NATIONAL RED CROSS** | ) |
| National Headquarters | ) |
| 431 18th Street, N.W. | ) |
| Washington, DC 20006 | ) |
| | ) |
| Defendants. | ) |

Plaintiffs, by and through their undersigned counsel, for their Complaint state as follows:

### INTRODUCTORY ALLEGATIONS

1. At all times relevant and material herein, Plaintiffs were residents of Solon, Cuyahoga County, Ohio.

2. Defendants American National Red Cross Cleveland Chapter and American National Red Cross National Headquarters, hereinafter jointly referred to as *"Defendant Red Cross"* is a national humanitarian organization that provides emergency assistance and disaster relief and who offers services to the public to gather blood donations.

3. Defendant American Red Cross is authorized to operate within the State of Ohio and maintains a place of business within Cuyahoga County. Defendant American Red Cross is authorized to provide, and did provide blood drive/blood donation services to individuals in the State of Ohio, and held itself out to the public, including Plaintiff Ahmed Hassan as having the requisite skilled personnel, staff and equipment to render said services.

4. Defendant American Red Cross employed physicians, nurses, technicians, and/or other medical care providers, and/or other agents, who at all times pertinent herein were acting within the course and scope of their duties with Defendant American Red Cross and held

2

themselves out to the public, including Plaintiff Ahmed Hassan, as having the requisite skills and ability to render quality blood collection services to the public, including Plaintiff Ahmed Hassan.

5. Defendant American Red Cross is vicariously liable for the injuries and damages proximately caused by the negligent acts and/or omissions of its agents, servants and employees, specifically those who provided care and treatment to Plaintiff Ahmed Hassan when he donated blood.

6. Venue in this Court is proper, as Plaintiffs reside in Cuyahoga County, Defendant American Red Cross has a place of business in Cuyahoga County and the incident occurred in Cuyahoga County, Ohio.

7. Pursuant to Ohio Civil Rule 10(D)(2), Plaintiff is filing a contemporaneous motion for extension of time to file an Affidavit of Merit.

## FIRST CLAIM

8. Plaintiff adopts and incorporates herein by reference all claims, counts, allegations and averments contained in the Complaint, whether stated before or after this claim or count, as if same were fully rewritten herein.

9. On April 18, 2018, Plaintiff Ahmed Hassan presented to the Church of the Resurrection located at 32001 Cannon Road, Solon, Ohio 44139 where Defendant American Red Cross was conducting a blood drive. This was something Plaintiff Ahmed Hassan had done numerous times previously as a service to the community.

10. At that time and place, Defendant American Red Cross acting through its employees and/or agents, were negligent in removing Plaintiff Ahmed Hassan's blood and negligent in discharging Plaintiff Ahmed Hassan from the withdrawal site.

11. Defendant American Red Cross was negligent in failing to employ individuals who could and who would adopt and practice accepted procedures for the removal of donated blood and treatment of the donors.

12. Defendant American Red Cross was negligent in failing to establish appropriate standards for physicians, nurses, technicians, and/or other employees, using and/or employed, and/or working at its blood donations.

13. As a direct and proximate result of the negligence of Defendant American Red Cross, by and through its agents and/or employees while acting within the course and scope of their employment and/or agency with Defendant American Red Cross, Plaintiff Ahmed Hassan was caused to lose consciousness and fall to the ground of the parking lot, striking his head.

14. As a further direct and proximate result of the negligence of Defendant American Red Cross , by and through its agents and/or employees while acting within the course and scope of their employment and/or agency with Defendant American Red Cross, Plaintiff Ahmed Hassan suffered and sustained severe, debilitating personal injury and bodily damage; endured considerable physical pain and suffering, and mental and emotional anguish; incurred significant medical and hospital and related expenses; lost wages, earning capacity, and suffered other economic and non-economic injury.

15. As a further direct and proximate result of the negligence of Defendant American Red Cross, by and through its agents and/or employees while acting within the course and scope of their employment and/or agency with Defendant American Red Cross, Plaintiff Ahmed Hassan will continue to suffer extreme pain and mental anguish and he will continue to incur medical expenses as a direct consequence thereof.

Electronically Filed 04/18/2019 14:26 / / CV 19 914135 / Confirmation Nbr. 1685223 / CLSK1

Electronically Filed 04/18/2019 14:26 / / CV 19 914135 / Confirmation Nbr. 1685223 / CLSK1

EXHIBIT A

## SECOND CLAIM

16. Plaintiffs adopt and incorporate herein by reference all claims, counts, allegations and averments contained in the Complaint, whether stated before or after this claim or count, as if same were fully rewritten herein.

17. Plaintiff Ingi Elgamili states that she is and was at all times relevant herein, the wife of Plaintiff Ahmed Hassan.

18. As a direct and proximate result of the negligence of Defendant American Red Cross, by and through its agents and/or employees while acting within the course and scope of their employment and/or agency with Defendant American Red Cross, Plaintiff Ingi Elgamili has suffered the loss of companionship, and consortium of her husband, she will continue to lose such services, consortium and companionship on a permanent basis and she will continue to incur medical expenses and other consequential money damages on Plaintiff Ahmed Hassan's behalf.

## THIRD CLAIM

19. Plaintiffs adopt and incorporate herein by reference all claims, counts, allegations and averments contained in the Complaint, whether stated before or after this claim or count, as if same were fully rewritten herein.

20. Plaintiffs Ahmed Hassan and Ingi Elgamili state that they are the parents and legal guardians of Plaintiff Mohab Hassan and they bring this claim on behalf of their minor son for his losses caused by the negligence of Defendant American Red Cross as previously set forth.

21. Mohab Hassan's losses as referenced above are permanent and will continue to affect him throughout his life.

## FOURTH CLAIM

5

EXHIBIT A

22. Plaintiffs adopt and incorporate herein by reference all claims, counts, allegations and averments contained in the Complaint, whether stated before or after this claim or count, as if same were fully rewritten herein.

23. Plaintiffs Ahmed Hassan and Ingi Elgamili state that they are the parents and legal guardians of Plaintiff Elma Hassan and they bring this claim on behalf of their minor daughter for her losses caused by the negligence of Defendant American Red Cross as previously set forth.

24. Elma Hassan's losses as referenced above are permanent and will continue to affect her throughout her life

**WHEREFORE**, Plaintiffs pray for judgment against Defendant American National Red Cross Cleveland Chapter and Defendant American Red Cross National Headquarters jointly and severally, in a sum in excess of $25,000.00 on each claim of this Complaint plus costs, attorneys' fees and any other relief to which they may be entitled.

Respectfully submitted,
/s/*Steven M. Goldberg*
Steven M. Goldberg (0041344)
**GOLDBERG LEGAL CO., LPA**
Solon Business Campus
31300 Solon Road - Suite 12
Solon, Ohio 44139
P: 440.519.9900
E: steven@goldberglpa.com

/s/*David A. Kulwicki*
David A. Kulwicki (0041106)
**MISHKIND KULWICKI LAW CO., LPA**
23240 Chagrin Boulevard
Commerce Park IV – Suite 101
Beachwood, Ohio 44122
P: 216.595.1900
E: dkulwicki@mishkindlaw.com
*Attorneys for Plaintiffs*

## JURY DEMAND

Pursuant to Civ. R. 38(B) Plaintiffs hereby demand a trial by jury.

> Respectfully submitted,
> /s/*Steven M. Goldberg*
> Steven M. Goldberg (0041344)
> **GOLDBERG LEGAL CO., LPA**
>
> /s/*David A. Kulwicki*
> David A. Kulwicki (0041106)
> **MISHKIND KULWICKI LAW CO., LPA**
> *Attorneys for Plaintiffs*

# IN THE COURT OF COMMON PLEAS
# CUYAHOGA COUNTY, OHIO

| | | |
|---|---|---|
| AHMED HASSAN, et al | ) | CASE NUMBER |
| | ) | |
| Plaintiffs, | ) | JUDGE |
| | ) | |
| -vs- | ) | |
| | ) | **MOTION FOR EXTENSION OF TIME** |
| AMERICAN NATIONAL RED CROSS, et al | ) | **TO FILE AFFIDAVIT OF MERIT** |
| | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiffs, by and through counsel, hereby move this Honorable Court, pursuant to Ohio Civil Rule 10(D)(2)(b), for an order granting Plaintiffs an extension of time until August 16, 2019 to file an affidavit of merit.

Ohio Civil Rule 10(D) requires that an Affidavit of Merit be filed with all Complaints that contain medical claims. Plaintiffs' Complaint in the within case contains a medical claim. However, Civil Rule 10(D)(2)(b) makes specific provisions for a plaintiff to file a motion to extend the time to file an affidavit of merit.

As grounds for this motion, Plaintiffs state that they have been unable to secure complete medical records for review by an expert and file an Affidavit of Merit with the Complaint.

Based upon these facts, Plaintiffs respectfully move that this Honorable Court grant an extension of 120 days so that the records may be reviewed by an expert and an Affidavit of Merit prepared and filed with the Court. With a 120 day extension, the affidavit of merit would be due on or before August 16, 2019.

Plaintiffs respectfully assert that good cause exists for the granting of this motion, and that such is not interposed for the purpose of delay.

Respectfully submitted,
/s/*Steven M. Goldberg*
Steven M. Goldberg (0041344)
**GOLDBERG LEGAL CO., LPA**
Solon Business Campus
31300 Solon Road - Suite 12
Solon, Ohio 44139
P: 440.519.9900
E: steven@goldberglpa.com

/s/*David A. Kulwicki*
David A. Kulwicki (0041106)
**MISHKIND KULWICKI LAW CO., LPA**
23240 Chagrin Boulevard
Commerce Park IV – Suite 101
Beachwood, Ohio 44122
P: 216.595.1900
E: dkulwicki@mishkindlaw.com
*Attorneys for Plaintiffs*

**EXHIBIT A**